ALBANY,
Feb. 1827.

Wheeler
v.
Raymond.

## SANDS *against* M'CLELAN.

On judgment against a party demurring, with leave to withdraw the demurrer and plead, on payment of costs, he must seek the opposite attorney and tender him the costs ; or offer to pay on their being taxed ; and this is a condition precedent to pleading.

ON demurrer to the plaintiff's declaration, this court gave judgment for the plaintiff, with leave to the defendant to withdraw his demurrer and plead, *on payment of costs.* The plaintiff not demanding the costs, or causing them to be taxed, the defendant filed a plea, and entered a rule to reply, which not being done, he entered a default.

*S. Sherwood* moved to set the default aside.

*E. Cowen,* contra.

*Curia.* The payment of costs was a condition precedent to the act of pleading. The defendant should have sought the plaintiff's attorney, and tendered the costs, or demanded a taxation, offering to pay on their being taxed.

Motion granted,

---

## WHEELER *against* RAYMOND.

Proceedings will be stayed against special bail, pending a writ of error brought by the principal.

JUDGMENT was for the plaintiff, who proceeded to fix the special bail of the defendant ; and brought a suit against them on their recognizance. The defendant then brought error, putting in bail in error. And now,

*Jas. Edwards,* for the defendant, moved to stay all proceedings against the bail, till the writ of error should be determined ; and cited *Dunl. Pract.* 1139 ; *Tidd,* 471 ; 5 *Taunt.* 264.

*D. B. Tallmadge,* contra.

*Curia.* Take your motion, on paying the costs of the suit against the bail.

Motion granted.